Fill in this information to identify the case:

Debtor name: Hillcrest Ventures, LLC
United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA
Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ARC Welding Inc. 6282 Ave Juan Diaz Riverside, CA 92509 | | Steel fabrication and welding | | | | $54,166.67 |
| Art-Thane Foam, Inc. 540 Sout Drew Street Mesa, AZ 85210 | | Roofing | Contingent | | | $55,109.00 |
| Best Choice Plumbing and Repair Inc 10327 Atlantic Avenue, Unit C South Gate, CA 90280 | | Plumbing contract for labor and materials | | | | $127,657.50 |
| Bradley Commercial Construction Ser 4712 Admiralty Way, #177 Marina Del Rey, CA 90292 | | Doors and hardware | | | | $115,062.93 |
| Castro Music Inc. 7135 Hollywood Boulevard, #110 Los Angeles, CA 90046 | | Property management for site | | | | $105,000.00 |
| Daktronics, Inc. 201 Daktronics Drive PO Box 5110 Brookings, SD 57006 | | Billboard fabrication and delivery | | | | $214,710.98 |
| Emerald Aire, Inc. 9114 Adams Avenue, Unit 112 Huntington Beach, CA 92646 | | HVAC | | | | $57,482.94 |

Debtor  **Hillcrest Ventures, LLC**    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Flips Script LLC 7190 Sunset Boulevard, Suite 1404 Los Angeles, CA 90046 | | Framing and painting | | | | $26,600.00 |
| Goodkin Law Group, APC 10880 Wilshire Boulevard Suite 1420 Los Angeles, CA 90024 | | Legal services | | | | $179,378.07 |
| Great American Insurance Company c/o Lanak & Hanna 1851 East First Street, Suite 700 Santa Ana, CA 92705 | | 324 East Hillcrest Boulevard Inglewood, California | Contingent | $1,128,941.00 | $2,200,000.00 | $1,128,941.00 |
| L.M. Olson, Inc. 18017 Chatsworth Street, #232 Granada Hills, CA 91344 | | Underground conduit for electrical | | | | $115,999.02 |
| Marc Macneal 837 2nd Street, #105 Los Angeles, CA 90006 | | Security | | | | $61,500.00 |
| Memo's Scaffolding Norwalk, Inc. 12722 Carmenita Road Santa Fe Springs, CA 90670 | | Scaffolding | | | | $306,850.00 |
| Ozair Construction & Design 6616 Beverly Boulevard Los Angeles, CA 90036 | | Prime subcontractor | Disputed | | | $903,153.49 |
| Parry Construction Inc. 3019 Ocean Park Boulevard, #365 Santa Monica, CA 90405 | | Prime contractor | | | | $618,126.00 |
| Poyser Company 847 South Kraemer Boulevard Placentia, CA 92870 | | Metal fabrication | | | | $133,000.00 |

Debtor  **Hillcrest Ventures, LLC**                         Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Relativity Architects 421 Colyton Street, 2nd Floor Los Angeles, CA 90013 | | Architect Services | | | | $420,485.72 |
| Rupert Construction Services 9114 Adams Avenue, #340 Huntington Beach, CA 92646 | | Construction management | Disputed | | | $51,165.00 |
| Schneider-Dorsey Lyndall Agencies 7227 Chagrin Road Chagrin Falls, OH 44023 | | Property Insurance | | | | $157,619.29 |
| Sightline Commercial Solutions, LLC 7008 Northland Drive, Suite 150 Minneapolis, MN 55428 | | Railings and windscreen | | | | $246,695.00 |