| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RAYMOND H. AVER<br>LAW OFFICES OF RAYMOND H. AVER, A Professional Corporation<br>11849 West Olympic Boulevard, Suite 204<br>Los Angeles, CA 90064<br>(310) 571-3511<br>California State Bar Number: 109577 CA<br>ray@averlaw.com | |

☐ Debtor(s) appearing without an attorney
■ Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Hillcrest Ventures, LLC

CASE NO.:
CHAPTER: 11

Debtor(s).

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 08/12/2025

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

Hillcrest Ventures, LLC
23679 Calabasas Road, Suite 1083
Calabasas, CA 91302


RAYMOND H. AVER
LAW OFFICES OF RAYMOND H. AVER, A Professional Corporation
11849 West Olympic Boulevard, Suite 204
Los Angeles, CA 90064


200psi Fire Protection
11453 Yolanda Avenue
Porter Ranch, CA 91326


Allied Storage Containers
PO Box 12684
Fresno, CA 93778


ARC Welding Inc.
6282 Ave Juan Diaz
Riverside, CA 92509


Art-Thane Foam, Inc.
540 Sout Drew Street
Mesa, AZ 85210


Bartolome Cavarlez
1211 Dewey Avenue
Los Angeles, CA 90006


Bau For Mat
6400 San Fernando Road
Glendale, CA 91201

Best Choice Plumbing and Repair Inc
10327 Atlantic Avenue, Unit C
South Gate, CA 90280

Bradley Commercial Construction Ser
4712 Admiralty Way, #177
Marina Del Rey, CA 90292

Brian Massie
24757 Park South Street
Calabasas, CA 91302

Castro Music Inc.
7135 Hollywood Boulevard, #110
Los Angeles, CA 90046

Daktronics, Inc.
201 Daktronics Drive
PO Box 5110
Brookings, SD 57006

Diversified West
28258 Avenue Stanford
Valencia, CA 91355

Emerald Aire, Inc.
9114 Adams Avenue, Unit 112
Huntington Beach, CA 92646

Enrique Cavarlez
1211 Dewey Avenue
Los Angeles, CA 90006

Flips Script LLC
7190 Sunset Boulevard, Suite 1404
Los Angeles, CA 90046


Forbix Capital Corp.
24151 Ventura Boulevard, Suite 210
Calabasas, CA 91302


Goodkin Law Group, APC
10880 Wilshire Boulevard
Suite 1420
Los Angeles, CA 90024


Great American Insurance Company
c/o Lanak & Hanna
1851 East First Street, Suite 700
Santa Ana, CA 92705


L.M. Olson, Inc.
18017 Chatsworth Street, #232
Granada Hills, CA 91344


Los Angeles County Tax Collector
500 West Temple Street, Room 225
Encinitas, CA 92024


Marc Macneal
837 2nd Street, #105
Los Angeles, CA 90006


Melvin Canas
123 East Hillcrest Boulevard
Inglewood, CA 90301

Memo's Scaffolding Norwalk, Inc.
12722 Carmenita Road
Santa Fe Springs, CA 90670


Mendez, Jaime
11719 Cardell Street
Norwalk, CA 90650


Michael Jaquez
1720 Obispo Avenue, #7
Long Beach, CA 90804


Ozair Construction & Design
6616 Beverly Boulevard
Los Angeles, CA 90036


Parry Construction Inc.
3019 Ocean Park Boulevard, #365
Santa Monica, CA 90405


Poyser Company
847 South Kraemer Boulevard
Placentia, CA 92870


PPG Paints
1036 Noth Highland Avenue
Los Angeles, CA 90038


Pressure Washing King
1601 Centinela Avenue, Suite 5 1001
Inglewood, CA 90302

Relativity Architects
421 Colyton Street, 2nd Floor
Los Angeles, CA 90013

Rio Inspection & Testing
2223 Clark Lane, Unit 4
Redondo Beach, CA 90278

Royal Business Bank
1055 Wilshire Boulevard, Suite 1220
Los Angeles, CA 90017

Rupert Construction Services
9114 Adams Avenue, #340
Huntington Beach, CA 92646

Schneider-Dorsey Lyndall Agencies
7227 Chagrin Road
Chagrin Falls, OH 44023

Sightline Commercial Solutions, LLC
7008 Northland Drive, Suite 150
Minneapolis, MN 55428

SL Inspection Services
1370 Valley Vista Drive, Suite 200
Diamond Bar, CA

Taxes Decoded, Inc.
148 East Foothill Boulevard
Suite 101
Arcadia, CA 91006