1   Mia S. Blackler (SBN 188112)
    LUBIN OLSON & NIEWIADOMSKI LLP
2   The Transamerica Pyramid
    600 Montgomery Street, 14th Floor
3   San Francisco, California 94111
    Telephone:    (415) 981-0550
4   Facsimile:    (415) 981-4343
    mblackler@lubinolson.com
5

6   Attorneys for Secured Creditor
    ROYAL BUSINESS BANK, a
7   California banking corporation

8

9                    UNITED STATES BANKRUPTCY COURT

10      CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

11

12   In re:                                    Case No. 1:25-bk-11472-MB

13   Hillcrest Ventures, LLC,                  Chapter 11

14          Debtor.                            **SECURED CREDITOR ROYAL
                                               BUSINESS BANK'S REQUEST FOR
15                                             SPECIAL NOTICE AND TO BE ADDED
                                               TO THE MASTER MAILING LIST**
16

17

18   **TO THE DEBTORS, THE DEBTORS' ATTORNEYS, THE UNITED STATES TRUSTEE**

19   **AND OTHER PARTIES IN INTEREST:**

20          **PLEASE TAKE NOTICE** that the undersigned attorney for Secured Creditor Royal

21   Business Bank hereby requests that all matters which must be noticed to creditors, any creditors'

22   committee, and any other party-in-interest pursuant to Rules 2002, 3017 or 9007 of the Federal

23   Rules of Bankruptcy Procedure or any other rule of bankruptcy procedure, or any order of this

24   court, whether sent by the court, the debtors or any other party in this case, be sent to the

25   undersigned pursuant to Rule 2002(g), and that the following be added to the court's master

26   mailing list:

27   / / /

28   / / /

06303.00002/1423946                          1

1
2
3
4
5

Royal Business Bank
c/o Mia S. Blackler, Esq.
Lubin Olson & Niewiadomski LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone: (415) 981-0550
E-Mail: mblackler@lubinolson.com

6        Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, or

7   suit is intended to waive Royal Business Bank's right to have final orders in non-core matters

8   entered only after de novo review by a district judge; Royal Business Bank's right to trial by jury

9   in any proceeding so triable herein or in any case, controversy or proceeding related hereto; Royal

10  Business Bank's right to have the reference withdrawn by the District Court in any matter subject

11  to mandatory or discretionary withdrawal; or any other rights, claims, actions, defenses, setoffs or

12  recoupments to which Royal Business Bank is or may be entitled under agreements, in law, or in

13  equity, all of which rights, claims, actions, defenses, setoffs and recoupments Royal Business

14  Bank expressly reserves.

15

16

17  Dated:  August 13, 2025        LUBIN OLSON & NIEWIADOMSKI LLP

18

19            By:            */s/ Mia S. Blackler*

20                   Mia S. Blackler
                 Attorneys for Secured Creditor Royal Business Bank

21

22

23

24

25

26

27

28